THWING
*v.*
DENNIE.

Rec. 1772.
Fol. 43.

An Attempt
to fnatch Pa-
pers from the
Hand of the
oppofite Party
in Court is a
Contempt.

## Thwing *verf.* Dennie.

DENNIE was opening his Papers and Evidences; Thwing in a most favage Manner attempted to fnatch fome of them out of Dennie's Hand; and thereby tore fome Papers very effential in the Caufe.

*The Court*, feeing Thwing's Behaviour, ordered the Sheriff to take him immediately into Cuftody, which he did, and committed him to Prifon.

————◆————

LITTLE
*v.*
HOLDIN.

Rec. 1772.
Fol. 44.

*It feems,*
that under the
Prov. Sts. 11
W. 3, c. 3,
and 13 W. 3,
c. 5, on Fail-
ure of the
Appellant to
appear and
profecute his
Appeal in the
Superiour
Court, the
Appellee can-
not have
Judgment for
Damages
without filing
a Complaint.

## Little *verf.* Holdin.

LITTLE had Judgment on a Verdict below, and Holdin appeals, and entered his Appeal, and the Caufe was continued one Term, &c.

Now, the Action called, Holdin failed to appear and profecute. And thereupon Little files his Complaint, agreeable to the Prov. Stat. 13 W. 3, c. 5, and had Judgment as the faid Statute directs.

*Note.* The Prov. Stat. 11 W. 3, c. 3, (1) gives this Court Cognizance of all Actions brought by Appeal, &c., which gives fome Colour to fup-
pofe

———————————

(1) Anc. Chart. 330.